# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DIAZ, | CASE NO. 1:11-CV-00744-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM |
| v. | |
| MATTHEW CATES, et al., | (DOC. 6, 7) |
| Defendants. | |

Plaintiff, a California state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed his complaint on May 9, 2011. On November 16, 2011, Plaintiff's complaint was dismissed for failure to state a claim with leave to amend within thirty days. Doc. 6. On January 9, 2012, Plaintiff was ordered to show cause within eighteen days why this action should not be dismissed for failure to obey a court order and failure to state a claim. Doc. 7. Plaintiff has not responded to the Court's order.

Because Plaintiff has not responded to the Court's order to file an amended complaint, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed for failure to obey a court order and failure to state a claim. This dismissal is subject to the three strikes provision of 28 U.S.C. § 1915(g). *Silva v. Di Vittorio*, 658 F.3d 1090, 1198 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   **February 13, 2012**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1